

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gina M. Kortcamp

                  **Plaintiff,**

V.

Kilolo Kijakazi
Acting Commissioner of Social Security

                  **Defendant.**

Civil Action No.   22-cv-01484-LR

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court ORDERS that judgment be entered reversing the decision of the Commissioner and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date:   3/1/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo

                  L. Sotelo, Deputy